# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **21-MJ-10625**                              Date **12/7/2022**

USAO No. **2021R00722**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint        ☐ Removal Proceedings in

United States v. **Zia Alkozai**

The Complaint/Rule 40 Affidavit was filed on **11/4/2022**

✓ U.S. Marshals please withdraw warrant

**DAVID ROBLES**  Digitally signed by DAVID ROBLES
Date: 2022.12.07 09:56:01 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: December 7, 2022

_[signature]_
UNITED STATES MAGISTRATE JUDGE
Valerie Figueredo